UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER JONES and** **GAIL JONES** | **CIVIL ACTION** **NO: 11-691** |
| **VERSUS** | |
| **KENDALL CRUMPLER and** **ERIE INSURANCE COMPANY** | **SECTION "MLCF " (JCW)** |

### ORDER

Considering the foregoing Joint Motion to Remand;

**IT IS HEREBY ORDERED** that this action be remanded to the Civil District Court for the Parish of Orleans for further proceedings

**NEW ORLEANS, LOUISIANA** this 28th day of July, 2011.

_____
**J U D G E**